# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 0661

VERSUS

KELTON SPANN                                    **SEPTEMBER 12, 2022**

---

In Re:    Kelton Spann, applying for supervisory writs, 22nd
          Judicial District Court, Parish of Washington, No. 22-
          CR5-148855.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

   **WRIT DENIED AS MOOT.** The records of the Washington Parish
Clerk of Court's Office reflect that the district court denied
relator's Motion for Contradictory Hearing on March 29, 2022.

                              **JEW**
                              **AHP**
                              **WIL**

COURT OF APPEAL, FIRST CIRCUIT

q.Snl
_____
DEPUTY CLERK OF COURT
     FOR THE COURT